UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UGLAND MARINE SERVICES AS and UGLAND SHIPPING AS** | CIVIL ACTION |
| | NO. |
| **VERSUS** | |
| | JUDGE |
| **IOLCOS HELLENIC MARITIME and HUDSON ANTHEM SHIPPING CO. LTD.**, *in personam*, **and the M/V IOLCOS UNITY**, *in rem* | MAGISTRATE JUDGE |

**<u>VERIFIED COMPLAINT</u>**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, plaintiffs, Ugland Marine Services AS and Ugland Shipping AS, complaining of the motor vessel IOLCOS UNITY, her engines, tackle, apparel, etc., *in rem*, and her owners/operators and managers, *in personam*, pursuant to Supplemental Rule C and other Federal Rules of Civil Procedure and files this, its Verified Complaint, and would respectfully show the Court as follows:

1.

This is an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure and the Supplemental Rules thereto governing certain admiralty and maritime claims. This Court has jurisdiction pursuant to 28 U.S.C. § 1333.

2.

This is a complaint, both *in personam* and *in rem*, pursuant to a maritime lien arising from the incident involving M/V LIVITA, safely and properly anchored at Southwest Pass Anchorage, when she was struck by errant underway M/V IOLCOS UNITY at about 1810 hours on February 25, 2019.

1

3.

Plaintiffs Ugland Marine Services AS and Ugland Shipping AS are the owner/manager of the M/V LIVITA.

4.

At all material times M/V LIVITA was tight, staunch, strong, seaworthy, properly manned and equipped. M/V LIVITA, official number 9801299, is a Norwegian flagged steel hulled, 199 meter, 35,832 gross ton, bulk carrier.

5.

The defendant M/V IOLCOS UNITY, *in rem*, official number 9313058, is a Malta flagged, steel hulled, 225 meter, 40,485 gross ton, bulk carrier.

6.

M/V IOLCOS UNITY is owned/operated/managed by Iolcos Hellenic Maritime and Hudson Anthem Shipping Co. Ltd. (collectively referred to as "IOLCOS UNITY interests"). M/V IOLCOS UNITY interests are foreign corporations headquartered and with their principal offices in Athens, Greece.

7.

M/V IOLCOS UNITY is now, or will be during the pendency of process herein, be upon the navigable waters of Louisiana, within this District, and within the jurisdiction of this Honorable Court and will be arrested pursuant to process of this Court.

8.

Prior to the incident, the M/V LIVITA was safely and properly anchored at Southwest Pass Anchorage. During the evening of February 25, 2019, at about 1810 hours, suddenly, M/V IOLCOS UNITY struck anchored M/V LIVITA's starboard side causing damages presently estimated to be at least in the $3,000,000.00 (THREE MILLION AND NO/100 U.S. DOLLARS)

range.  This incident gives rise to a maritime lien under Rule C of the Federal Rules of Civil Procedure.

9.

The incident and the proximately resulting damages were caused solely by, and due to, the negligence, gross negligence, navigational error, fault and unseaworthiness of the M/V IOLCOS UNITY, and her officers, crew, owners/operators/managers committed while M/V IOLCOS UNITY was operating upon the navigable waters of Louisiana, for which M/V IOLCOS UNITY is liable *in rem*.

10.

The foregoing casualty and damages were in no way caused or contributed to by any fault or neglect or want of care on the part of M/V LIVITA or of anyone for whose conduct M/V LIVITA interests are responsible, but rather, was the result of and caused solely by the fault, neglect and lack of care on the part of the M/V IOLCOS UNITY and those in charge of her navigation, in the following respects, among others, which will be shown at the trial of this cause:

   a. M/V IOLCOS UNITY was unseaworthy;
   b. M/V IOLCOS UNITY had persons in charge of her navigation who were fatigued, careless, incompetent or inattentive to their duties;
   c. M/V IOLCOS UNITY failed to keep a proper lookout, both visually and on radar;
   d. M/V IOLCOS UNITY negligently failed to do what should have been done to avoid the aforesaid collision;
   e. The owners, operators and managers of M/V IOLCOS UNITY negligently equipped and manned the vessel, and did not provide proper training for maneuvering in an anchorage;
   f. M/V IOLCOS UNITY was maneuvered at excessive speed, failed to appreciate

the risk of collision, and failed to take appropriate action to avoid collision with anchored M/V LIVITA; and

g. All such other unseaworthiness of M/V IOLCOS UNITY and negligence of her master, officers and crew which will be established at trial.

Plaintiff reserves the right to amend and supplement this article of its complaint, and to further specify each other and further or different faults and negligence as the evidence may later disclose.

11.

M/V IOLCOS UNITY had a value of approximately $20,000,000.00 (TWENTY MILLION AND NO/100 U.S. DOLLARS) (Errors & Omissions Excepted (E&OE"), prior to the incident.

12.

All and singular the premises are true and within the admiralty and maritime jurisdiction of the United States and of this Honorable Court.

WHEREFORE, Plaintiff requests:

1. Process in due form of law, according to the Federal Rules of Civil Procedure, and the Supplemental Rules for Certain Admiralty and Maritime Claims, and practices of this Court, issue against the M/V IOLCOS UNITY, her engines, tackle, apparel, etc. and against any and all persons having or claiming any interest therein, and that they be cited to appear and answer, all in singular, the matters aforesaid;

2. M/V IOLCOS UNITY, her engines, tackle, apparel, etc., be seized and condemned, and sold under the direction of this Honorable Court, and the proceeds of this sale placed into the registry of this Honorable Court to satisfy said decree;

3. Plaintiffs, Ugland Marine Services AS and Ugland Shipping AS, and any/all subrogated insurers have a decree and judgment *in rem* against the M/V IOLCOLS UNITY, her engines, tackle, apparel, etc. presently estimated at least in the amount of $3,000,000.00, as aforesaid, with interest, costs, attorney's fees, and expenses, the said lien and claim for damages to have preference and priority;

4. Plaintiff may have such other and further relief both *in rem* and *in personam* against M/V IOLCOS UNITY owners/operators/manager as may be just and equitable under the circumstances of this case.

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY:   *s/ Michael M. Butterworth*
Gary A. Hemphill (Bar #6768)
Michael M. Butterworth (Bar #21265)
Adam N. Davis (Bar #35740)
Justin C. Warner (Bar #37349)
Canal Place | 365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: 504-566-1311
Facsimile: 504-568-9130
Email: gary.hemphill@phelps.com
Email: michael.butterworth@phelps.com
Email: adam.davis@phelps.com
Email: justin.warner@phelps.com

ATTORNEYS FOR PLAINTIFF UGLAND MARINE SERVICES AS AND UGLAND SHIPPING AS